Michael D. Welch (SBN: 111022)
MICHAEL WELCH + ASSOCIATES
770 L Street, Suite 950
Sacramento, CA. 95814
Telephone: (916) 449-3930
Facsimile: (916) 449-3930

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>James C. Klein, Individually as Co-Trustee of the Klein Family 2003 Revocable Trust, dated June 27, 2003; Yvonne J. Klein, Individually and as Co-Trustee of the Klein Family 2003 Revocable Trust, dated June 27, 2003;<br><br>　　　Defendants | **Case No.: 2:11-cv-00920-KJM-DAD**<br><br>**STIPULATION AND ORDER STRIKING CLERK'S ENTRY OF DEFAULT** |

　　　IT IS HEREBY STIPULATED by and between Plaintiff Scott N. Johnson and Defendants James C. Klein, Individually as Co-Trsutee of the Klein Family 2003 Revocable Trust, dated June 27, 2003; Yvonne J. Klein, Individually and as Co-Trustee of the Klein Family 2003 Revocable Trust, dated June 27, 2003 respective counsel, that the Clerk's Entry of Default in the above-captioned be stricken.

1

Dated: October 3, 2011    DISABLED ACCESS PREVENTS INJURY, INC

/s/ Scott N. Johnson_____
Scott N. Johnson
Attorney for Plaintiff

Dated: October 3, 2011    MICHAEL WELCH + ASSOCIATES

/s/ Michael D. Welch_____
Michael D. Welch
Attorney for Defendants

**ORDER**

The parties having so stipulated.

IT IS HEREBY ORDERED that the Clerk's Entry of Default in this action be Stricken.

**IT IS SO ORDERED**.

**Date: 10/25/2011**

_____
UNITED STATES DISTRICT JUDGE