IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

    Plaintiff,                                      No. CIV S-11-0920 KJM-DAD

    vs.

JAMES C. KLEIN, Individually and their successor(s) in trust, co-Trustee of the Klein Family 2003 Revocable Trust, dated June 27, 2003; and YVONNE J. KLEIN, Individually and their successor(s) in trust, co-Trustee of the Klein Family 2003 Revocable Trust, dated June 27, 2003,

    Defendants.
_____/

SCOTT N. JOHNSON,

    Plaintiff,                                      No. CIV S-11-1188 MCE-DAD

    vs.

JAMES C. KLEIN, Individually and as Co-Trustee of the Klein Family 2003 Revocable Trust, dated June 27, 2003; and YVONNE J. KLEIN, Individually and as Co-Trustee of the Klein Family 2003 Revocable Trust, dated June 27, 2003,

    Defendants.                                     RELATED CASE ORDER
_____/

///

1         Examination of the above-captioned actions reveals that they are related within
2 the meaning of Local Rule 123(a).  Both actions involve the same parties and are based on a
3 similar claim.  Accordingly, the assignment of these matters to the same judge is likely to effect
4 a substantial savings of judicial effort and is likely to be convenient for the parties.
5         The parties should be aware that relating cases under Rule 123 causes the actions
6 to be assigned to the same judge – it does not consolidate the actions.  Under Rule 123, related
7 cases are generally assigned to the judge and magistrate judge to whom the first filed action was
8 assigned.
9         As a result, it is hereby ORDERED that CIV S-11-1188 MCE-DAD is reassigned
10 from Judge England to the undersigned.  Henceforth, the caption on documents filed in the
11 reassigned case shall be shown as: CIV S-11-1188 KJM-DAD.
12         It is further ORDERED that the Clerk of the Court make appropriate adjustment
13 in the assignment of civil cases to compensate for this reassignment.
14         IT IS SO ORDERED.
15 DATED:  November 2, 2011.

_____
UNITED STATES DISTRICT JUDGE