1

2

3

4

5

6

7

8                                  IN THE UNITED STATES DISTRICT COURT

9                                FOR THE EASTERN DISTRICT OF CALIFORNIA

10    SCOTT N. JOHNSON,

11                Plaintiff,                              No. CIV S-11-0920 KJM-DAD

12          vs.

13    JAMES C. KLEIN, Individually and their
      successor(s) in trust, co-Trustee of the Klein
14    Family 2003 Revocable Trust, dated June 27, 2003;
      and YVONNE J. KLEIN, Individually and their
15    successor(s) in trust, co-Trustee of the Klein
      Family 2003 Revocable Trust, dated June 27, 2003,
16
                  Defendants.
17    _____/

18    SCOTT N. JOHNSON,

19                Plaintiff,                              No. CIV S-11-1188 MCE-DAD

20          vs.

21    JAMES C. KLEIN, Individually and as Co-Trustee
      of the Klein Family 2003 Revocable Trust, dated
22    June 27, 2003; and YVONNE J. KLEIN,
      Individually and as Co-Trustee of the Klein
23    Family 2003 Revocable Trust, dated June 27, 2003,

24                  Defendants.                           <u>RELATED CASE ORDER</u>
      _____/

25

26    ///

1    Examination of the above-captioned actions reveals that they are related within

2 the meaning of Local Rule 123(a).  Both actions involve the same parties and are based on a

3 similar claim.  Accordingly, the assignment of these matters to the same judge is likely to effect

4 a substantial savings of judicial effort and is likely to be convenient for the parties.

5    The parties should be aware that relating cases under Rule 123 causes the actions

6 to be assigned to the same judge – it does not consolidate the actions.  Under Rule 123, related

7 cases are generally assigned to the judge and magistrate judge to whom the first filed action was

8 assigned.

9    As a result, it is hereby ORDERED that CIV S-11-1188 MCE-DAD is reassigned

10 from Judge England to the undersigned.  Henceforth, the caption on documents filed in the

11 reassigned case shall be shown as: CIV S-11-1188 KJM-DAD.

12    It is further ORDERED that the Clerk of the Court make appropriate adjustment

13 in the assignment of civil cases to compensate for this reassignment.

14    IT IS SO ORDERED.

15 DATED:  November 2, 2011.

16

17    _____

18    UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26