SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson | ) Case No. **2:11-cv-00920-DAD** |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| James C. Klein, et al, | ) |
| Defendants | ) |

   IT IS HEREBY ORDERED THAT, pursuant to the parties' stipulated request for dismissal, this action be and is hereby dismissed with prejudice pursuant to FRCP 41 (a)(2).

   Dated: January 17, 2012

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DDAD1\orders.consent\johnson0920.stipord.dism

PROPOSED ORDER RE STIPULATED DISMISSAL

CIV: S-11-cv-00920-KJM-DAD- 1